IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PUGGI VASQUEZ,
    Petitioner

v.                                                                     04-CV-40205-NMG

UNITED STATES OF AMERICA,
    Respondent

**MOTION FOR ENLARGEMENT OF TIME
TO TRAVERSE THE GOVERNMENT MEMORANDUM IN OPPOSITION**

    Petitioner, Puggi Vasquez, Pro Se, respectfully moves for an enlargement of time to traverse the Government Memorandum. Mr. Vasquez received the Memorandum, postmarked August 19, on Tuesday, August 30. The answer is extensive and Mr. Vasquez can only work work on it during non-working hours; his next friend is also overwhelmed with pleadings. The library is only open to type for a total of fourteen recreation hours per week and there is significant competition for the five typewriters still working.

    The Government has not been contacted for this Motion; but it is clear that the Government would suffer no prejudice from an enlargement.

    Wherefore, Mr. Vasquez requests until Monday, September 26, 2005 to mail his Traverse.

                                            Respectfully submitted,

                                            Puggi Vasquez, Pro Se
                                            P.O. Box 2000, Unit 5751
                                            Fort Dix, New Jersey 08640-0902

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true copy of the above Motion For Enlargement Of Time to:

> David Hennessy, Esquire, A.U.S.A.
> Office of United States Attorney
> 595 Main Street, Suite 206
> Worcester, Massachusetts  01608

on the 4th day of September, 2005, postage prepaid.

_____
Puggy Vasquez