UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WORCESTER)

PUGGI VAZQUEZ
    Petitioner,

-v-

                       CASE DOCKET NUMBER
                           #4:98-cr-40035-NMG

UNITED STATES OF AMERICA
    Respondent,


MOTION TO REQUEST
COPY OF CJA BAIL INTERVIEW


    Now come petitioner (Puggi Vasquez) in this instance motion, requesting that petitioner be provided with a copy of the (CJA Bail Assessment Form which were completed by the Probation Department with references attaining to petitioner use of drugs.
    It has been brought to this petitioner's attention that the Bureau of Prison enacted programs which are provided to help rehabilitate inmate for a smooth transcend back into the community. Petitioner appointed Counselor here at Fort Dix, Correctional Institution has stalemated petitioner's paperwork for transfer into the 500 hurdred hour drug program, given the fact, that this petitioner need to demonstrate that he has/were using a controlled substance in the past in order to qualify for acceptance into the 500 hour Drug Rehabilitation Program.
    My Counselor inform this petitioner's of the fact's concerning his eligibility to participate in the Drug Program back in March of 2004, Whereupon, the furnishing of this information, petitioner made a personal letter to the U.S. Probation Officer, requesting that this

petitioner please be provided with a copy of his CJA Pre-trial services interview that was done when petitioner was first detained to determine his eligibility to be released on bond, and petitioner were questioned concerning his drug use. (Please find this letter in it reproduced form marked as (Exhibit-A)). Petitioner sent this letter Certified Mail with return receipt. Which has proved fruitless till this day.

(Exhibit-B) are a personal letter that petitioner sent to the U.S. Probation Department, under the Freedom of Information Act. Requesting that petitioner be provided with a copy of the interview and report done by officer (Vangie Cuascut) pertaning to my personal infromation as to my Education, Family, Drugs, and Bond hearing. This letter within itself, are likewise, longstanding in it's response. Yes, petitioner also sent this letter Certified Mail, with Return Receipt.

(Exhibit-C) are also a Certified Letter with Return Receipt in which petitioner sent to the Clerk of Court for the District of Massachusetts. Showing concerns, that this petitioner needs an accountability to his drug use prior to his arrest on this case. exhibit C are also still pending, and petitioner waited untill July before inquiring again about getting help from the Court.

(Exhibit-A) were mailed first class mail from Fort Dix, on March 5, 2004. Petitioner mailed exhibit-B on September 29, 2004, which were notarized by Notary Public Leslie M. Harrell. Exhibit-C, were mailed June 28, 2005, to the U.S. district Court of Massachusetts.

(Exhibit-D) petitioner mail first class certified with return receipt, July 13, 2005 to the Pre-Trial Services, providing then with all the necessary paperwork in which they may need to redern petitioner request. Even this letter has not netted the CJA Bail Assessment Interview in which this petitioner needs to provide proof to his counselor of his drug use.

## PROOF OF SERVICES

I PUGGI VAZQUEZ, being the undersigned person in this request do hereby swear upon an oath, that I have mailed this letter in it's orginal form to the listed parties below, first class mail, from Fort Dix legal mail box on this 30 day of December 2005. The Honorable Judge Nathaniel M. Gorton, U.S. District Court of Massachusetts, 595 Main Street, Worcester, MA 01608.

Respectfully Submitted for filing.

Puggi Vazquez

Thank you very much for your time and attention in this matter

                                                 Respectfully Submitted,

                                                 _____
                                                 Puger Vazquez (Pro-se)
                                                 Reg No. 80149-038
                                                 FCI Fort Dix (Unit 5751)
                                                 P.O. Box 2000
                                                 Fort Dix, New Jersey
                                                              08640-0902

March 5, 2004


Puggi Vazquez  80149-038
FCI Fort Dix, Unit 5751
PO BOX 2000
Fort Dix, NJ 08640


U.S. Probation Department
District of Massachusetts
United States Courthouse
595 Main St
Worcester, MA 01608


Re: U.S. v. Vazquez


Dear Probation Officer,

I am sorry that I do not have your name directly, but P.S.I. Reports are held by the case managers and prispners are not allowed to have their own report. The reason for this letter is that I need to demonstrate that I have used controlled substances in the past in order to qualify for acceptance in the 500 Hour Drug Rehabilitation Program.

It is my recollection that the pre-trial services interview that was done when I first was detained to determine my eligibility to be release on bond, contains references to my drug use. For example, I was asked if I had used controlled substances within the last month of my arrest and I informed the interviewer that I had used cocaine in the past week.

It would be of grate help if your office could send me a copy of the report done at such time.

Thank you in advance for the time spent over my request.


Sincerely yours,



Puggi Vazquez



Re: U.S. v. Vazquez

Dear Probation Officer,

I am sorry that I do not have your name directly, but P.S.I. Reports are held by the case managers and prispners are not allowed to have their own report. The reason for this letter is that I need to demonstrate that I have used controlled substances in the past in order to qualify for acceptance in the 500 Hour Drug Rehabilitation Program.

It is my recollection that the pre-trial services interview that was done when I first was detained to determine my eligibility to be release on bond, contains references to my drug use. For example, I was asked if I had used controlled substances within the last month of my arrest and I informed the interviewer that I had used cocaine in the past week.

It would be of grate help if your office could send me a copy of the report done at such time.

Thank you in advance for the time spent over my request.

Sincerely yours,


Puggi Vazquez

## FREEDOM OF INFORMATION REQUEST

To:   U.S PROBATION DEPARTMENT
      DISTRICT OF MASSACHUSETTS

      UNITED STATES COURTHOUSE
      595 MAIN STREET
      WORCESTER, MA  01608


   Pursuant to Title 5 U.S.C. §§ 552 & 552(a), I, the undersigned, request that you provide me with the follwing information retained in archives under your control and possession:  I am requesting, as stated on my previous request. A copy of the inteview and report done by [Vangie Cuascut] Probation/Pre trial services when I was first detained to determine my elgibility to be released on bond that contain my personal information as questions about my education, where I went to school, my family, where have I done drugs recently, etc. were ask to me.

   I also request a copy of the applicable rules and regulations of your agency, as provided of the Freedom of Information Act of 1974, as amended.

   If for any reason any of the above requested information or material is not deemed as releasable, please sepcify the statutory reason(s) why the requested information and material is not releasable, as well as the name(s) and title(s) of the person(s) making such determination.

   Your reply within the next ten (10) working days of the receipt of this request is appreciated.  In the event that I do not receive a reply within this time frame, I will deem the request as denied and I will proceed to appeal the decision and take the necessary steps to seek judicial remedies.  Cf. Dept. of Justice v. Tax Analysts, 492 U.S. 136, 106 L.Ed.2d 112, 109 S.Ct. 2641).

                              Respectfully submitted,

                              Name: PUGGI VASQUEZ
                              Reg.No.: 80149 - 038
                                       F.C.I. Fort Dix
                                       P.O. Box
                                       Fort Dix, NJ 08640

SUBSCRIBED AND SWORN TO BEFORE ME on this date: 9/29/01

                              NOTARY PUBLIC

                              LESLIE M. _____
                              NOTARY PUBLIC OF NEW ____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. PROBATION DEPARTMENT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
595 MAIN ST
WORCESTER MA 01608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert L. Perez_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
_Robert L. Perez_

C. Date of Delivery
10/1/__

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2030 0006 8827 8656

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

I, I, the undersigned, information retained I am requesting, as review and report done by [Vangie Cuascut] Probation/Pre trial services when I was first detained to determine my eligibility to be released on bond that contain my personal information as questions about my education, where I went to school, my family, where have I done drugs recently, etc. were ask to me.

I also request a copy of the applicable rules and regulations of your agency, as provided of the Freedom of Information Act of 1974, as amended.

If for any reason any of the above requested information or material is not deemed as releasable, please sepcify the statutory reason(s) why the requested information and material is not releasable, as well as the name(s) and title(s) of the person(s) making such determination.

Your reply within the next ten (10) working days of the receipt of this request is appreciated. In the event that I do not receive a reply within this time frame, I will deem the request as denied and I will proceed to appeal the decision and take the necessary steps to seek judicial remedies. Cf. Dept. of Justice v. Tax Analysts, 492 U.S. 136, 106 L.Ed.2d 112, 109 S.Ct. 2841).

Respectfully submitted,

Name: PUGGI VASQUEZ
Reg.No.: 80149-038
F.C.I. Fort Dix
P.O. Box
Fort Dix, NJ 08640

SUBSCRIBED AND SWORN TO BEFORE ME on this date: 9/20/01

_____
NOTARY PUBLIC

LESLIE M. HARREL
NOTARY PUBLIC OF NEW JERSEY

Puggi Vazquez
Reg. No.80149-038
FCI For Dix (E) Unit 5751
P.O. Box 2000
Fort Dix, New Jersey 08640

June 28, 2005

United States District Court
District Of Massachusetts (Worcester)
Attn.: Office Of The Clerk
595 Main Street, Room 502
Worcester, Massachusetts 01608

RE: REQUEST FOR UPDATED COPY OF CRIMINAL DOCKET SHEET
UNITED STATES V. PUGGI VAZQUEZ
CRIMINAL DOCKET: **4:98-cr-40035-NMG**

Dear Sir/Madam:

This is to acknowledge the receipt of your correspondence of 06/23/05 in response to my request of 06/20/05, with which you provided me with an updated copy of my Civil Docket Sheet only.

I am, once again, directing my correspondence to you to respectfully request a copy of my Criminal Docket Sheet (above-referenced case) and a copy of the CJA Bail Assessment Interview Form completed by a Probation Officer regarding the above-referenced case.

To facilitate your investigation, I am providing you with the following information regarding said interview:

I appeared for the CJA Bail Assessment Interview on, or approximately the second week of October, 1998. Shortly after the CJA interview, I made bail and was released on bail to return to court at a later date.

Also, I would like to take this opportunity to thank you for all the time spent in my case and for your valuable assistance. If any additional information is needed, please do not hesitate to contact me at the above-listed address. I will be more than glad to provide you with all information that you deem appropriate.

Earnestly waiting your response,

Respectfully yours,

_____
Puggi Vazquez

Puggi Vazquez
Reg. No.80149-038
FCI Fort Dix (E) Unit 5751
P.O. box 2000
Fort Dix, New Jersey 08640

July 13, 2005

Pre-Trial Services
United States District Court
District of Massachusetts
595 Main Street
Worcester, Massachusetts 01608

    RE:   REQUEST FOR A COPY OF CJA BAIL ASSESSMENT INTERVIEW
           UNITED STATES V. PUGGI VAZQUEZ
           CRIMINAL DOCKET: 4:98-CR-40035-NMG

Dear Sir/Madam:

    Following the Court Clerk's indications, I am, hereby, respectfully requesting a copy of the CJA Bail Assessment Interview completed in the above-referenced case (my case).

    To facilitate your investigation, I am providing you with the following information:

    ARREST: Arrest Warrant was issued on 10/30/1998. On that date, I voluntarily surrounded to the Jurisdiction of the District Court; and my case was referred to Magistrate Judge C.B. Swartwood III for Pre-Trial Purposes.

    INITIAL APPEARANCE: Initial Appearance took place on 10/29/1998; and Arraignment was set for 11/03/1998.

    CJA BAIL ASSESSMENT INTERVIEW: The CJA Bail Assessment Interview was conducted on 11/03/1998 —Shortly after, I was released out on Bail special conditions set by Mag. Judge C.B. Swartwood III.

    Should you need any additional information regarding this matter, please do not hesitate to contact me at the above-listed address. I will be more than glad to provide you with all information that you deem appropriate. Earnestly waiting your reply and thanking you for your time,

                                          Respectfully yours,

                                          _____

                                          Puggi Vasquez