Puggi Vazquez
Reg. No. 80149-038
FCI Fort Dix (E) Unit 5751
P.O. Box 2000
Fort Dix, New Jersey 08640


January 24, 2006

United States District Court
District Of Massachusetts (Worcester)
Attn. Office Of The Clerk
595 Main Street, Room 502
Worcester, Massachusetts 01608

RE: REQUEST FOR UPDATED COPY OF DOCKET SHEET: **04-CV-40205-NMG**


Dear Sir/Madam:


I am writing to you to request an updated copy of my Docket Sheet for case: **04-CV-40205-NMG**, Could you please mail it to me as soon as possible.


Thank you in advance for all your cooperation regarding this matter.


Sincerely,

*[signature]*
Puggi Vazquez