## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Puggi Vasquez,__
    **Petitioner**

  **V.**

__United States of America,__
    **Respondent**

**CIVIL ACTION**

**NO.  04-40205-NMG**

## ORDER OF DISMISSAL

__Gorton,   D. J.__

  In accordance with the Court's adoption of Magistrate Judge Bowler's Report and Recommendation dated     7/13/06     recommending the instant section 2255 be DENIED , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                       **By the Court,**

 __8/11/06__                   __/s/ Craig J. Nicewicz__
  **Date**                       **Deputy Clerk**