UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,<br>Respondent<br><br>v.<br><br>Puggi Vasquez,<br>Petitioner | *<br>*<br>*<br>*<br>*<br>*  CIVIL ACTION<br>*  NO. 04-40205-NMG<br>*<br>* |

## MOTION TO GIVE NOTICE
## OF PETITIONER'S INTENTION
## TO APPEAL ORDER OF DISMISSAL

    Comes now, petitioner Puggi Vasquez in his instance plea, respectfully request that this Honorable Court grant this petitioner the plea which he's requesting: Due to uncontrolled event's here at F.C.I Fort Dix, Petitioner has suffer an injustice, that cause this petitioner time in the Special Housing Unit, and cause this petitioner to miss legal paper's which were sent to his person by this court.

    Upon returning back to FCI Fort Dix, from the hold, in Federal Correctional Lewisburg. I received threw regular Institutional Mail a letter which had enclosed, An **ORDER OF DISMISSAL**. The dismissal were based in accordance with the Court's adoption of Magistrate Judge Bowler's Report and Recommendation dated 7-13-06 recommending the instant section 2255 be Denied, it were ordered that the action be dismissed. Please see the reproduced copies of Order.

    Moreover, petitioner received a (one page) of the (15-page) Report and Recommendation from Judge Bowler's decision. Wherefore, this petitioner pray this honorable court would remail to his person a reproduced copy of the recommended report (Docket Entry #1). Petitioner prays that the court will grant him an extension of time to prepare his rebuttal to the Magistrate Judge Bowler's Report and Recommendation.